RECEIVED
IN LAFAYETTE, LA.
SEP 6 2011
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRIAN VOORHIES | CIVIL ACTION 09-1206 |
| VERSUS | JUDGE HAIK |
| OFFSHORE MARINECONTRACTORS INC., ET AL | MAGISTRATE JUDGE HILL |

## AMENDED RULING

Before the Court is a Motion for Reconsideration requesting the Court revisit the decision to deny OSA's Leave to File Supplemental Memoranda, Exhibits, and Affidavit and summary judgment rulings (Doc. #107). After a thorough review, the Court hereby **GRANTS** the Motion for reconsideration. Related to these documents is a Motion to Amend/Correct Motion for Leave to File Sur-Reply Memorandum (Doc. #106), which is also **GRANTED**.

Any supplemental response or exhibits from opposing counsel must be filed with the Court on or before **September 9, 2011 and limited only to those issues before the court for reconsideration.**

THUS DONE and SIGNED on this 2nd day of September, 2011.

*/s/ Richard T. Haik*
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

COPY SENT
DATE 9/6/11
BY
TO